UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALYNE BAKER | CIVIL ACTION |
| VERSUS | NO: 07-5217 |
| ALLSTATE INSURANCE COMPANY | SECTION: "J" (5) |

**ORDER AND REASONS**

Before the Court is Defendant's Motion to Dismiss all Plaintiff's claims against Allstate as a WYO Carrier participating in the National Flood Insurance Program other than breach of contract claims. (Rec. Doc. 13). The plaintiff has informed the Court that he does not oppose the motion. The Defendant relies on *Wright v. Allstate Insurance Company*, 415 F.3d 384 (5th Cir. 2005) for the proposition that federal law preempts and bars extra-contractual claims in flood insurance cases. In the absence of meaningful opposition, Defendant's motion is well taken. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's extra-contractual claims against Allstate Insurance Company in its capacity as a WYO Carrier participating in the National Flood Insurance Program are **DISMISSED**.

New Orleans, Louisiana this the 1st day of May, 2008.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE